UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| RESHUDIA KEYRIA RICKS, <br><br> Plaintiff, <br><br> vs. <br><br> LISA WILLIAMS BLAKE, M.D., NORTHWEST GEORGIA MEDICAL CLINIC, P.C., and NORTHWEST GEORGIA MEDICAL CLINIC II, LLC, <br><br> Defendants. | Civil Action <br> File No. 4:15-CV-240-HLM |

## CONSENT ORDER EXTENDING DEADLINE FOR FILING PRE-TRIAL ORDER

WHEREAS, this matter comes before the Court on the Parties' Consent Motion for an Extension of Time to File a Pre-Trial Order,

IT IS HEREBY ORDERED that said Motion in the above-styled civil action is GRANTED. The time for the Parties to file their Consolidated Pre-Trial Order shall be extended up to and including October 13, 2017.

SO ORDERED this 13 day of Sept, 2017.

THE HONORABLE HAROLD L. MURPHY
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA