UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**RESHUDIA KEYRIA RICKS,**

    **Plaintiff,**

vs.

Civil Action File No.
4:15-CV-240-HLM

**LISA WILLIAMS BLAKE, M.D.,
NORTHWEST GEORGIA MEDICAL CLINIC,
P.C., and NORTHWEST GEORGIA MEDICAL
CLINIC II, LLC.
    Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(ii)(B), the parties hereto stipulate to the dismissal of the above styled action with prejudice.

Dated this 23rd day of October 2017.

| | |
|---|---|
| COLOM & BRANT, LLC | */s/ Charles T. Brant* |
| One Ninety One Peachtree Tower | Charles T. Brant |
| 191 Peachtree Street, Suite 3270 | Georgia Bar 078070 |
| Atlanta Georgia 30303 | *Attorney for Plaintiff* |

CERTIFICATE OF COMPLIANCE

This is to certify that the forgoing STIPULATION OF DISMISSAL WITH PREJUDICE complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared with Times New Roman 14 point font.

Dated this 23rd day of October 2017.


| | |
|---|---|
| COLOM & BRANT, LLC | */s/ Charles T. Brant* |
| One Ninety One Peachtree Tower | Charles T. Brant |
| 191 Peachtree Street, Suite 3270 | Georgia Bar 078070 |
| Atlanta Georgia 30303 | *Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**RESHUDIA KEYRIA RICKS,**
    Plaintiff,

vs.

**LISA WILLIAMS BLAKE, M.D.,**
**NORTHWEST GEORGIA MEDICAL CLINIC,**
**P.C., and NORTHWEST GEORGIA MEDICAL**
**CLINIC II, LLC.,**
    Defendants.

Civil Action File No.
4:15-CV-240-HLM

## CERTIFICATE OF SERVICE

COME NOW, Plaintiff Reshudia Keyria Ricks, in the above-styled action, and pursuant to Local Rule 26.3 of the Northern District of Georgia, and notify the Court of service upon opposing counsel, a copy of Stipulation of Dismissal by electronic service to counsel of record as follows:

| | |
|---|---|
| Andrew M. Bagley | Wayne D. McGrew |
| 191 Peachtree Street, NE, Suite 3900 | 191 Peachtree Street, NE, Suite 3900 |
| Atlanta, GA 30303 | Atlanta, GA 30303 |
| abagley@weathingtonmcgrew.com | dmcgrew@weathingtonmcgrew.com |

This 23rd day of October 2017

*Signature Page to Follow*

Respectfully Submitted,

| | |
|---|---|
| Colom and Brant, Trial Attorneys | Steel, Moss, Ebert, Trial Attorneys |
| /s/ CTB | /s/ JDS |
| Charles T. Brant | John D. Steel *(w/express permission)* |
| Georgia Bar No. 078070 | Georgia Bar No. 677646 |
| One Ninety One Peachtree Tower | 3575 Piedmont Road, NE |
| 191 Peachtree Street, NE, Ste 3270 | 15 Piedmont Center, Ste 1560 |
| Atlanta, GA  30303 | Atlanta, GA 30305 |
| Phone: (404) 522-5900 | Phone: (404) 264-1292 |
| Fax:    (404) 389-0715 | Fax:    (404) 264-0161 |
| office@colomandbrantlaw.com | jsteel@steel-moss.com |

*/s/ Andrew M Bagley* *(w/express permission)*
Andrew M. Bagley
One Ninety One Peachtree Tower
191 Peachtree Street, NE, Ste 3600
Atlanta, GA  30303
Phone: (404) 522-8220